JEAN R. BADER, Appellant, v. DAVID BADER, Respondent. HARVEY B. DAVIS,

Corespondent, Appellant.— Motion to dismiss appeal denied on condition that appellants perfect the appeal for the January, 1927, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.